No. 78–5337.  SNEAD *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 78–5338.  CAPPS ET UX. *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 78–5345.  McMILLER *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 78–5347.  LIPSCOMB *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 78–5352.  BROWN *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 78–5363.  JUAREZ ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–5364.  CARSON *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 78–5366.  PULIDO-SANTOYO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 78–5411.  LONG *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–1681.  LAVALLEE, CORRECTIONAL SUPERINTENDENT *v.* SUGGS.  C. A. 2d Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 77–1865.  WARD, CORRECTIONAL COMMISSIONER, ET AL. *v.* BULGER.  C. A. 2d Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 78–287.  NEW YORK *v.* BLANKS.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.